No. 82–242. GORSUCH, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY v. SIERRA CLUB ET AL. C. A. D. C. Cir. [Certiorari granted, *ante*, p. 942.] Motion of respondents for leave to file motion for divided argument out of time denied.

No. 82–331. NEW MEXICO ET AL. v. MESCALERO APACHE TRIBE. C. A. 10th Cir. [Certiorari granted, *ante*, p. 1014.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 82–354. MOTOR VEHICLE MANUFACTURERS ASSOCIATION OF THE UNITED STATES, INC., ET AL. v. STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. ET AL.;

No. 82–355. CONSUMER ALERT ET AL. v. STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. ET AL.; and

No. 82–398. UNITED STATES DEPARTMENT OF TRANSPORTATION ET AL. v. STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. ET AL. C. A. D. C. Cir. [Certiorari granted, *ante*, p. 987.] Motion of respondents for divided argument denied. Motion of the Solicitor General for divided argument granted. Motion of petitioners in No. 82–355 for divided argument denied.

No. 82–438. NATIONAL LABOR RELATIONS BOARD v. BEHRING INTERNATIONAL, INC. C. A. 3d Cir. Motion of respondent to expedite consideration of the petition for writ of certiorari and other relief denied.

No. 82–799. BUREAU OF ALCOHOL, TOBACCO AND FIREARMS v. FEDERAL LABOR RELATIONS AUTHORITY ET AL. C. A. 9th Cir. [Certiorari granted, *ante*, p. 1145.] Motion of the parties to dispense with printing the joint appendix granted.